PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☒ INFORMATION ☐ INDICTMENT ☐ COMPLAINT

CASE NO. 2:25-cr-00261-RFB-MDC

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☒ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☒ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA    Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Kimberly M. Frayn
☐ U.S. Atty ☐ Other U.S. Agency
Phone No. (702) 388-6546

Name of Asst. U.S. Attorney (if assigned): KIMBERLY M. FRAYN

USA vs.
Defendant: CHRISTINA FAVA
Address:

FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT - 2 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

☐ Interpreter Required  Dialect: _____

Birth Date _____    ☐ Male  ☐ Alien (if applicable)
                     ☒ Female

Social Security Number _____

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
_____

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

SHOW DOCKET NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO. _____

Place of offense _____ County _____

### DEFENDANT

Issue: ☐ Warrant ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Chris Rasmussen
☐ FPD ☒ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 4 | 18 U.S.C. § 1029(a)(3), (c)(1)(A)(i) | Possess 15 or more counterfeit/unauthorized access device | ☒ Felony ☐ Misdemeanor |
|   |   |   | ☐ Felony ☐ Misdemeanor |
|   |   |   | ☐ Felony ☐ Misdemeanor |
|   |   |   | ☐ Felony ☐ Misdemeanor |
|   |   |   | ☐ Felony ☐ Misdemeanor |

Submit    Go