PROB 12B
(Rev 04/17)

# United States District Court

## for the

### DISTRICT OF NEVADA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
**Feb 26, 2026**
DEBRA KEMPI, CLERK OF COURT

### Request for Modifying the Conditions of Supervision
### With Consent of the Person Under Supervision
*(Probation Form 49, Waiver of Hearing, is Attached)*
### February 25, 2026

Subject:   CHRISTINA FAVA                    Case No.:CR 2:25-00261RFB-MDC-01

Name of Sentencing Judicial Officer:      The Honorable Richard F. Boulware, II
US District Judge

Original Offense:            18 USC 1029(a)(3), (c)(1)(A)(i) - Possession of 15 or More
Counterfeit or Unauthorized Access Devices

Date of Original Sentence:   02/17/2026

Original Sentence:           3 years Probation

Current Term of Supervision  02/17/2026
Commenced:

### PETITIONING THE COURT

☒       To modify the conditions of supervision as follows:

PROB 12B
(Rev 04/17)

| | |
|---|---|
| Special Condition No. 6 | You will be monitored by the form of location monitoring technology indicated below for a period of 180 days, and you must follow the rules and regulations of the location monitoring program. You must pay 0% of the costs of the program. |

☒ Location monitoring technology at the discretion of the probation officer.

☐ Radio Frequency (RF) Monitoring.

☐ GPS Monitoring (including hybrid GPS).

☐ Voice Recognition.

This form of location monitoring technology will be used to monitor the following restriction on your movement in the community (choose one):

☐ You are restricted to your residence every day from to , or as directed by the probation officer.

☒ You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer (Home Detention).

☐ You are restricted to your residence at all times except for medical necessities and court appearances or other activities specifically approved by the court (Home Incarceration).

☐ You must comply with the following condition: .

## STATEMENT OF FACTS

Your Honor sentenced Ms. Fava on February 17, 2026, to a period of probation for 3 years. As a condition of Probation, Your Honor ordered that she participate in the Location Monitoring Program for a period of 180 days with the technology at the discretion of the Probation Officer. Unfortunately, there was no restriction indicated. The purpose of this modification is to identify the restriction so that Ms. Fava can be enrolled in the Location Monitoring Program.

Furthermore, the undersigned met with Ms. Fava on February 23, 2026, and explained the error that was made as well as her options with regard to returning to court to address the matter. Ms. Fava, as evidenced by her signature on the attached Probation Form 49, is in agreement with the proposed plan to place her on Home Detention.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/26/2026

PROB 12B
(Rev 04/17)

Respectfully submitted by,

Shawn Mummey
Senior United States Probation Officer

Approved by:

Steve M Goldner
Supervisory United States Probation
Officer

PROB 12B
(Rev 04/17)

---

### ORDER OF THE COURT

THE COURT ORDERS:

☒      The Modifications of Conditions as Recommended by the US
        Probation Officer

or

☐      No Action/Other

      Considered and ordered this 26th day of February 2026, and ordered filed and
made a part of the records in the above case.



/s/ Richard F. Boulware II

Richard F. Boulware II
United States District Judge

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Home Confinement with Location Monitoring** – You will be monitored by the form of location monitoring technology indicated below for a period of 180 days, and you must follow the rules and regulations of the location monitoring program. You must pay 0% of the costs of the program.

☒ Location monitoring technology at the discretion of the probation officer.

This form of location monitoring technology will be used to monitor the following restriction on your movement in the community (choose one):

☒ You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer **(Home Detention)**.

Witness _____     Signed _____
          U.S. Probation Officer                      Probationer or Supervised Releasee

_____
2/23/26
Date